**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| MARIA MELENDREZ, | § |
| | § |
| Plaintiff, | § |
| | § |
| v. | §   No. 3:15-cv-1397 |
| | § |
| KOHL'S DEPARTMENT STORES, INC., | § |
| | § |
| Defendant. | § |

## NOTICE OF SETTLEMENT

"NOW COMES the Plaintiff, MARIA MELENDREZ, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and all parties to the present matter are currently in the process of executing the aforementioned settlement agreement, which Plaintiff anticipates will be completed within the next 30 days."

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

Dated: July 22, 2015                    Respectfully Submitted,

                                        By:/s/ Ryan Lee
                                         Ryan Lee
                                        Attorneys for Plaintiff
                                        Krohn & Moss, Ltd.
                                        10474 Santa Monica Blvd. Suite 405
                                        Los Angeles, CA 90025
                                        Tel: 323-988-2400 x241
                                        Fax: (866) 861-1390
                                        rlee@consumerlawcenter.com

1
NOTICE OF SETTLEMENT

## CERTIFICATE OF SERVICE

I hereby certify that on July 22, 2015, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System.  A copy of said Notice was electronically submitted to all parties by the Court's CM/ECF system.

s/ Ryan Lee
Ryan Lee
Attorney for Plaintiff
