IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| MARIA MELENDREZ, | § |
| | § |
| Plaintiff, | § |
| | § |
| v. | § No. 3:15-cv-1397 |
| | § |
| KOHL'S DEPARTMENT STORES, INC., | § |
| | § |
| Defendant. | § |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, MARIA MELENDREZ ("Plaintiff"), and Defendant, KOHL'S DEPARTMENT STORES, INC., ("Defendant"), through their counsel, ~~stipulate that the dispute between the parties has been resolved, and the parties~~ agree to dismiss this case, with prejudice, both sides to bear their own fees and costs.  Therefore, the parties respectfully request this Honorable Court dismiss this case, with prejudice, both sides to bear their own fees and costs.

Dated: ~~September 3, 2015~~ January 7, 2016

| | |
|---|---|
| KROHN & MOSS, LTD. | KELLY DRYE & WARREN, L.L.C. |
| | |
| /s/ Ryan Lee | /s/ Michael A. Innes |
| Ryan Lee | ~~W.~~ Michael A. Innes |
| Krohn & Moss, Ltd | Kelly Drye & Warren, LLC |
| 10474 Santa Monica Blvd., Suite 405 | One Jefferson Road, 2nd Floor |
| Los Angeles, CA 90025 | Parsippany, NJ 07054 |
| Tel: 323-988-2400 x 241 | Telephone: (973) 503-5900 |
| Fax: (866) 861-1390 | Facsimile: (973) 503-5950 |
| rlee@consumerlawcenter.com | minnes@kelleydrye.com |
| Attorney for Plaintiff, MARIA MELENDREZ | Attorney for Defendant, KOHL'S DEPARTMENT STORES, INC |