UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MARIA MELENDREZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:15-CV-1397-B |
| | § | |
| KOHLS CORPORATION and KOHL'S | § | |
| DEPARTMENT STORES, INC., | § | |
| | § | |
| Defendants. | § | |

ORDER OF DISMISSAL

Before the Court is the parties' Stipulation of Dismissal With Prejudice (Doc. 15), filed on January 7, 2016. The parties request that the Court dismiss all claims in the above-captioned action with prejudice.

After reviewing the Stipulation, the Court finds that it should be, and hereby is, **GRANTED**. Accordingly, the Court **ORDERS** that all claims and causes of action asserted in the above-captioned matter be **DISMISSED with prejudice**. The Court further **ORDERS** that each party bear its own costs.

SO ORDERED.

SIGNED: January 8, 2016.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE

- 1 -